**500  SCHUBRING vs. CIRCUIT JUDGE (Oakland), No. 13338.**

To vacate an order striking amended declaration from files, and reinstate cause for hearing.

Granted April 7, 1893, without costs.

The circuit judge held, that the amended declaration introduced a new cause of action after the statute of limitations had run.

The action was trespass on the case.  Plaintiff. exchanged with defendant a stock of merchandise of the value of $1,060 for a piece of land which defendant "falsely and fraudulently represented to have a cash value of $1,500," while "in fact the land was not worth more than $500," and in addition to the stock of goods, plaintiff gave her note for $500, secured by mortgage upon the land conveyed to her.  The mortgage was afterwards foreclosed and the land bid in by defendant for

the amount of the mortgage. · The original declaration alleged that the defendant falsely and fraudulently represented the parcel of land " to be 100 feet deep, running back to an alley in the rear thereof, with a width of 25 feet " * * * and plaintiff avers that in truth and in fact the said piece of land at the date of said exchange * * * was not 100 feet deep, but was only 50 feet deep and did not run back to an alley as aforesaid."

The amended declaration alleged that defendant " fraudulently represented to said plaintiff that the said premises had a depth of 100 feet extending back from an· alley to Warren avenue, to-wit, to where Warren avenue would come when opened up," whereas " in truth and in fact the said piece of land * * * was not 100 feet deep, but was· only 50 feet deep, and did not run back to Warren avenue, to-wit, to where Warren avenue would come when opened up."